IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ADAM RAKIBU,

    Petitioner,

v.                                          Civil Action No 3:24cv05

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Respondent.

## MEMORANDUM OPINION

By Memorandum Order, (ECF. No. 4), entered on January 23, 2024, the Court conditionally docketed Petitioner's action. At that time, the Court warned Petitioner that he must keep the Court informed of his address in the event he was transferred or relocated. On February 4, 2025, the United States Postal Service returned a January 21, 2025 Notice to the Court, (ECF. No. 24), marked, "RETURN TO SENDER," because Petitioner is no longer housed in that institution. Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

                                                                      /s/
                                                       M. Hannah Lauck
Date: 2/24/2025                          United States District Judge
Richmond, Virginia